AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| LUMINEX CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> CURIOX BIOSYSTEMS, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-847 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Curiox Biosystems, Inc. c/o Fred B. Weil, 425 Market Street, 26th Floor, San Francisco, California  94105.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Marc B. Collier, Robert Rouder, James Hughes, Norton Rose Fulbright US, LLP, 98 San Jacinto Blvd., Suite 1100, Austin, Texas  78701.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                                                                                                    *Signature of Clerk or Deputy Clerk*